UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL A. DOUGLAS, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1419-TWP-DKL |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

**E N T R Y**

Movant Douglas did not show his entitlement to judgment as a matter of law in this action for relief pursuant to 28 U.S.C. § 2255. Accordingly, his motion for summary judgment was denied.

Douglas now seeks reconsideration of that ruling. The motion to reconsider [Dkt. 14] is **denied**. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

**IT IS SO ORDERED.**

Date: 06/05/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael A. Douglas, Jr.
No. 08734-028
Ashland – FCI
Inmate Mail/Parcels
P. O. Box 6001
Ashland, KY 41105

Gerald.coraz@usdoj.gov